October 31, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

NESTOR GOYTIA AS NEXT FRIEND FOR A.A.P., A CHILD, Appellant

NO. 14-13-00603-CV                                    V.

VERONICA PAREDES AND ANGEL PAREDES, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on April 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Nestor Goytia.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.